FLORENCE L. RISK, Appellant, v. JAMES RISK, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LENA RIZZO, Respondent, v. SALVATORE RIZZO, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LESLIE C. HARRIS, Respondent, v. HARRY L. MANDEVILLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SUSQUEHANNA SILK MILLS, Appellant, v. SEYMOUR ABRAMS, Doing Business as STANDARD COSTUME COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SIMON ROSENBERG and Another, Copartners Doing Business under the Firm Name and Style of ROSENBERG & ADLER, Appellants, v. HARRY A. SCHOENEN and Another, Copartners Doing Business under the Firm Name and Style of H. A. SCHOENEN & SON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THOMAS W. SIMMONS & COMPANY, INC., Respondent, v. J. E. DOCKEN-DORFF & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York on Complaint of LENA BECKMAN, Respondent, v. HARRY WOSTEIN, Correct Name HARRY WERSTEIN, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of ALFRED A. MALCOMSON, Deceased.— Motion to dismiss appeal denied, without costs, without prejudice to renewal after decision of pending motion in the Surrogate's Court. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FREDERICK W. GNICHTEL, as Receiver, v. IRVING D. STONE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, v. JOHN HILL.—Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HARRY TREAT BEERS v. HENRY B. PLANT and Others, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FLORENCE J. MATTLE v. MARY COHN, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.